MARCH 8, 1948.

No. 643. HUNTER, WARDEN, *v.* MARTIN. On petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit. The motion of the Solicitor General for a further stay is granted and it is ordered that execution and

enforcement of the judgment and mandate of the Circuit Court of Appeals be stayed pending consideration of the petition for writ of certiorari filed herein and, in the event certiorari is granted, until the mandate of this Court issues.